```
                    DISTRICT COURT OF THE VIRGIN ISLANDS
                    DIVISION OF ST. THOMAS AND ST. JOHN
```

**FLECTAT LTD. on its own behalf as lead** )
**underwriter subscribing to policy no.** )
**GDCPS25,** )
        **Plaintiff,** )    Civil No. 16-38
         )
        **v.** )
         )
**METRO MOTORS S.C., INC.,** )
         )
        **Defendant.** )
         )

**ATTORNEYS:**

**Neal R. Novak**
Novak Law Offices
Chicago, IL.
    *For Flectat Ltd.,*

**Ravinder Nagi**
**Mark Alan Kragel**
Bolt Nagi, PC.
St. Thomas, VI
    *For Metro Motors S.C., Inc.*

# ORDER

**GÓMEZ, J.**

The Court has been advised that this matter was successfully mediated on June 1, 2017. Additionally, the parties have each advised the Court that they entered a settlement

agreement resolving all claims. As such, there is no case or controversy before the Court.

The premises considered, it is hereby

**ORDERED** that this case is **DISMISSED**; and it is further

**ORDERED** that the Clerk of the Court shall **CLOSE** this case.


                                  S\_____
                                    **Curtis V. Gómez**
                                    **District Judge**